UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TYRONE MCDOUGALD,

Plaintiff,

v.

MICHAEL SIMMONS et al.,

Defendants.

Case No. 2:20-cv-00975-GMN-EJY

**ORDER**

**I. DISCUSSION**

Plaintiff is no longer located at the address on file with the Court (*see* ECF No. 6) and has failed to file an updated address as required by U.S. District Court of Nevada Local Rule of Practice IA 3-1. The Rule requires that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

**II. ORDER**

For the foregoing reasons, IT IS HEREBY ORDERED that Plaintiff shall file an updated address with the Clerk of the Court by **Friday, August 6, 2021**.

IT IS FURTHER ORDERED that Plaintiff's failure to comply with this Order will result in a recommendation to dismiss this case without prejudice.

DATED this 9th day of July 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE